UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMIR M. MESHAL,<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. WRIGHT, *et al.*,<br><br>      Defendants. | Civil Action No.: 4:22-cv-010 |

**AMENDED SCHEDULING ORDER**

  Before the Court is the parties' Joint Motion to Extend Discovery Period. Doc. 31. For good cause shown, the joint motion is **GRANTED**, and the following deadlines shall apply. As explained in the Court's prior Order, the deadlines for depositions of witnesses who have not been designated as experts, service of expert witness reports, and expert depositions are **STAYED** pending resolution of the motion to dismiss, doc. 14. Doc. 26 at 6; *see also* doc. 28 at 2. The parties are **DIRECTED** to submit a renewed Rule 26(f) Report within 14 days from the date the District Judge disposes of the motion to dismiss proposing deadlines for the remainder of discovery in this case.

  These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the

Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE TO EXCHANGE INITIAL DISCLOSURES | July 15, 2022 |
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | October 24, 2022 |

**SO ORDERED**, this 22nd day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA