# United States District Court

## Southern District of Georgia

Amir M. Meshal

_____
Plaintiff

v.

Christopher C. Wright, et al.,

_____
Defendant

Case No. 4:22-cv-00010-RSB-CLF

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  29th  day of  September , 2022 .

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:  Cory Isaacson

Business Address:  American Civil Liberties Union Foundation of Georgia
Firm/Business Name

1100 Spring Street NW
Street Address

_____    Atlanta        GA      30309
Street Address (con't)   City      State    Zip

P.O. Box 570738
Mailing Address (if other than street address)

_____    Atlanta        GA      30357
Address Line 2       City      State    Zip

404-594-2723                     983797
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  cisaacson@acluga.org