UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| AMIR M. MESHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-010 |
| | ) | |
| CHRISTOPHER C. WRIGHT, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The District Judge disposed of Defendants Christopher C. Wright, Joshua J. Janufka, and Keith Oglesby's (the "Moving Defendants") Motion to Dismiss, and reminded the parties of their obligation to submit a renewed Rule 26(f) Report within 14 days of the disposition. Doc. 36 at 28; *id.* at n.7.  The Moving Defendants filed a Notice of Appeal of the Order on their Motion to Dismiss, doc. 37, and the parties subsequently complied with their obligation to file a Rule 26(f) Report, doc. 39.

Since the parties' renewed Rule 26(f) Report indicates that they held a Rule 26(f) conference over seven months ago, doc. 39 at 1, that report is **TERMINATED**. Doc. 39.  The parties are **DIRECTED** to confer pursuant to Rule 26(f) and file a renewed Rule 26(f) Report within

14 days from the date of entry of this Order proposing deadlines governing the remainder of discovery in this case. The renewed Rule 26(f) Report must state the parties' respective positions regarding the Court's jurisdiction to enter a scheduling order given the Moving Defendants' recently-filed Notice of Appeal, doc. 37. *See Zurich Am. Ins. Co. v. Southern-Owners Ins. Co.*, 2019 WL 10854446, at *2 (M.D. Fla. Aug. 6, 2019) (quoting *Madura v. BAC Home Loans Servicing, LP*, 655 F. App'x 717, 723 (11th Cir. 2016) ("Typically, the filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of authority over aspects of the case involved in the appeal.")).

**SO ORDERED**, this 20th day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA