**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| AMIR M. MESHAL, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-10 |
| v. | |
| CHRISTOPHER C. WRIGHT et. al., | |
| Defendants. | |

**O R D E R**

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this 21st day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA