# United States District Court

## *Southern District of Georgia*

Amir M. Meshal

_____
Plaintiff

v.   William W. Hitchens, III, et al.

_____
Defendant

Case No.  4:22-cv-00010-RSB-CLR

Appearing on behalf of

Plaintiff Amir M. Meshal
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Mark R. Nash

Business Address:  Nelson Mullins Riley & Scarborough LLP
Firm/Business Name

201 17th Street NW, Suite 1700
Street Address

| Street Address (con't) | Atlanta | GA | 30363 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

404-322-6000                                999043
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:   mark.nash@nelsonmullins.com