# United States District Court
## Southern District of Georgia

Amir M. Meshal

_____
Plaintiff

v.   William W. Hitchens, III, et al.

_____
Defendant

Case No.   4:22-cv-00010-RSB-CLR

Appearing on behalf of

Plaintiff Amir m. Meshal
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Elizabeth C. Helm

Business Address:   Nelson Mullins Riley & Scarborough LLP
Firm/Business Name

201 17th Street NW, Suite 1700
Street Address

Atlanta   GA   30363
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

404-322-6000   289930
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   kate.helm@nelsonmullins.com